Case 1:05-cv-01046-JDT-STA   Document 27   Filed 05/25/05   Page 1 of 7   PageID 25

01129/59289-MDC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
EASTERN DIVISION

| | |
|---|---|
| ODIS TUCKER, VONNIE TUCKER, BLAKE TUCKER and LAUREN TUCKER<br><br>Plaintiffs,<br><br>VS.<br><br>STATE OF TENNESSEE, its political subdivision, HARDIN COUNTY, and CITY OF SAVANNAH POLICE DEPARTMENT,<br><br>Defendants | CIVIL ACTION NO.<br>1-05-1046T/An<br><br>JURY DEMANDED |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the Scheduling Conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)):**     June 21, 2005

**JOINING PARTIES:**

    For Plaintiff:      August 8, 2005

    For Defendants:  September 8, 2005

**AMENDING PLEADINGS:**

    For Plaintiff:     August 8, 2005

    For Defendant:   September 8, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/31/2005



01129/59289-MDC

**COMPLETING ALL DISCOVERY:**     January 13, 2006

    (a)    **Request for Production, Interrogatories, and Requests for Admission:**     January 13, 2006

    (b)    **Expert Disclosure (Rule 26(a)(2)):**

        (i)    Plaintiff's Experts:     November 11, 2005

        (ii)    Defendant's Experts:     December 12, 2005

        (iii)    Supplementation under Rule 26(e):     December 22, 2005

    (c)    **DEPOSITIONS OF EXPERTS:**     January 13, 2006

**FILING DISPOSITIVE MOTIONS:**     February 15, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    For Plaintiff:     March 31, 2006

    (b)    For Defendant:     April 14, 2006

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last three (3) days and is **SET** for **JURY TRIAL May 15, 2006**, at **9:30 a.m.** A joint pretrial order is due on May 5, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the Court at least ten (10) days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the

2

01129/59289-MDC

deadline for completion of discovery. For example, if the FRCP allows 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required. The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.***

This Order has been entered after consultation with trial counsel pursuant to Notice.

01129/59289-MDC

Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

This the 24th day of May, 2005.

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

**APPROVED FOR ENTRY:**

WILLIAM BROWN & ASSOCIATES

_William Brown by Jdh_ w/ permission.
WILLIAM JACKSON BROWN, BPR 005450
23 N. Ocoee Street
P.O. Box 1001
Cleveland, TN 37364-100
*Attorneys for Plaintiffs*

PENTECOST, GLENN & RUDD, PLLC

_Brandon Gibson by Jdh_ w/ permission
JAMES I. PENTECOST, BPR 11640
BRANDON GIBSON, BPR 21485
106 Stonebridge Blvd.
Jackson, TN 38305
*Attorneys for Defendant Hardin County, Tennessee*

STATE ATTORNEY GENERAL'S OFFICE

_William J. Marett by Jdh_ w/ permission
WILLIAM J. MARETT, BPR 007020
P.O. Box 20207
Nashville, TN 37202-0207
*Attorneys for Defendant State of Tennessee*

4

01129/59289-MDC

RAINEY, KIZER, REVIERE & BELL, PLC

_____
DALE CONDER, JR. BPR 15419
209 East Main Street
Post Office Box 1147
Jackson, TN 38301-1147
(731) 423-2414
*Attorneys for Defendant City of Savannah, Tennessee*

...

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:05-CV-01046 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

William Jackson Brown
WILLIAM BROWN & ASSOCIATES
23 N. Ocoee St.
P.O. Box 1001
Cleveland, TN 37364--100

John D. Stevens
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT